172 A.3d 1084

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. SHAR-
EEF HOLDER, A/K/A PUMPKIN HOLDER, SHAREEF T.
HOLDER, DEFENDANT–PETITIONER.

C–282 September Term 2017
079488

November 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000497–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

172 A.3d 1085

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ADRIAN ZIMMERMAN, DEFENDANT–PETITIONER.

C–286 September Term 2017
079495

November 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005770–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.